

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff

v.

**EDRIS ALIM SHERRIEFF,**

        Defendant.
_____/

Case: 2:18-mj-30556
Judge: Unassigned,
Filed: 10-19-2018 At 12:26 PM
REM: USA v SHERRIEFF (MAW)

## GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **EDRIS ALIM SHERRIEFF,** to answer to charges pending in another federal district, and states:

1. On **October 19, 2018,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Northern District of Ohio based on an Indictment**. Defendant is charged in that district with violation of **Access Devise Fraud.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

MATTHEW J. SCHNEIDER
United States Attorney

*Jeanine Brunson*

JEANINE BRUNSON
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: October 19, 2018